AO 91 (Rev. 11/82)     **CRIMINAL COMPLAINT**

| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>JENNIFER MILLAN | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>18MJ00535 |

Complaint for violation of Title 18, United States Code, Section 472

| NAME OF MAGISTRATE JUDGE<br>HONORABLE ROZELLA A. OLIVER | UNITED STATES<br>MAGISTRATE JUDGE | LOCATION<br>Los Angeles, California |
|---|---|---|
| DATE OF OFFENSE<br>December 17, 2017 | PLACE OF OFFENSE<br>Los Angeles County | ADDRESS OF ACCUSED (IF KNOWN) |

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

[18 U.S.C. § 472]

On or about December 17, 2017, in Los Angeles County, within the Central District of California, defendant JENNIFER MILAN, acting with intent to defraud, attempted to pass and utter a counterfeit obligation and security of the United States, namely, one counterfeit $100 Federal Reserve Note, knowing that the note was falsely made, forged, counterfeited, and altered.

FILED
CLERK, U.S. DISTRICT COURT
MAR - 8 2018
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

(See attached affidavit which is incorporated as part of this Complaint)

MATERIAL WITNESSES IN RELATION TO THIS CHARGE: N/A

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>**Patrick Fleurestant** _/s/ Patrick Fleurestant_ |
|---|---|
| | OFFICIAL TITLE<br>Special Agent, United States Secret Service |

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE<br>_/s/_ | DATE<br>March 8, 2018 |
|---|---|

AUSA Lindsay M. Bailey ext. 6875    REC: Detention

## AFFIDAVIT

I, Patrick Fleurestant, being duly sworn, declare and state as follows:

### I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrant for JENNIFER MILLAN ("MILLAN") for a violation of Title 18, United States Code, Section 472: Attempting to Pass Counterfeit Obligations or Securities of the United States.

### II. BACKGROUND FOR SPECIAL AGENT PATRICK FLEURESTANT

2. I am a Special Agent with the United States Secret Service ("USSS"), and have been so employed since April 2016, currently assigned to the Los Angeles Field Office. Prior to my employment with USSS, I served in the United States Marine Corps for eight years and was honorably discharged from active duty in January 2011. I then served as an officer with the United States Customs and Border Protection for three years.

3. As part of my training to become a Special Agent with USSS, I attended and graduated from the Criminal Investigator Training Program at the Federal Law Enforcement Training Center ("FLETC") in June 2016 and the Special Agent Training Course at the USSS Rowley Training Center ("RTC") in November 2016. During my time at FLETC and RTC, I was trained in conducting criminal investigations, including investigations into counterfeiting offenses. I also attended and graduated from the United States Customs and Border Protection Academy in July of

2013, and I received a Bachelor of Science Degree in Criminal Justice from the University of Maryland in December 2011.

4. As a Special Agent with USSS, I have conducted numerous investigations related to counterfeit currency and I am familiar with the ways in which counterfeit currency is manufactured, used, and distributed. Through my training and experience, I am familiar with the ways in which individuals engaged in counterfeiting currency and related fraud use cell phones and other digital devices to facilitate and conceal their crimes.

5. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## SUMMARY OF PROBABLE CAUSE

6. On December 17, 2017, Glendale Police Department ("GPD") officers were called to the Glendale Galleria after a woman, later identified as MILLAN, attempted to pass counterfeit $100 bills at multiple stores in the mall. GPD officers eventually located MILLAN at a Journey's store as she was attempting to pass another counterfeit $100 bill. In a

Mirandized interview, MILLAN admitted that she knew the bills were counterfeit.

### III. STATEMENT OF PROBABLE CAUSE

**A. MILLAN Tries to Pass Counterfeit $100 Bills**

7. From my review of investigation reports by GPD Officer Garcia and my conversation with USS Special Agent Marlayna Breza, I am aware of the following:

  a. On December 17, 2017, GPD Officer Garcia received a call from a Zumiez store employee who reported that a woman, later identified as MILLAN, had attempted to pass a counterfeit $100 bill to make a purchase. The Zumiez employee described MILLAN as wearing her dark hair in a ponytail under a hat and that she had tattoos.

  b. Officer Garcia responded to the call, went to the Zumiez store, and spoke to the employee who had received and rejected MILLAN's counterfeit $100 bill. That employee said that she could immediately tell that the bill was counterfeit because of its unusual color and texture. The employee also said that she told MILLAN that she could not accept the bill, and MILLAN then grabbed the bill and left the store.

  c. Later that day, Officer Garcia saw MILLAN inside a Journey's store, noting that she matched the description previously provided by the Zumiez employee. Officer Garcia entered the Journey's store, pointed out MILLAN to the cashier, and warned the cashier that MILLAN may try to pass counterfeit money. Officer Garcia also gave the cashier his phone number and told the other employees to call if MILLAN tried to pass

3

counterfeit bills. A short time later, the Journey's store manager called Officer Garcia and reported that MILLAN had tried to pass a counterfeit $100 bill.

      d. Officer Garcia returned to the Journey's store and saw MILLAN standing at the register in front of the Journey's store manager. The manager gave Officer Garcia the suspected counterfeit $100 bill. Officer Garcia saw that the bill had a black mark on it from the Counterfeit Detection Pen.[1] Officer Garcia also noted that the bill lacked a security strip and appeared to be counterfeit.

      e. Officer Garcia then asked MILLAN about the bill and MILLAN responded that she did not know that it was counterfeit. In response, Officer Garcia pointed out that MILLAN had just tried to pass the same bill at the Zumiez store and was informed that it was counterfeit then. MILLAN did not provide an explanation and instead asked if she could pay for the merchandise with other cash. Officer Garcia arrested MILLAN for a violation of California Penal Code Section 476: Attempting to Pass Counterfeit Currency.[2]

      f. Officer Garcia searched MILLAN incident to her arrest and seized a second $100 counterfeit bill that MILLAN was holding in her left hand. Officer Garcia also searched MILLAN's

---

[1] This pen contains an iodine solution that reacts with the starch in wood-based paper to create a black stain on counterfeit currency. When the solution is applied to the fiber-based paper used in genuine currency, no discoloration occurs.

[2] MILLAN was identified upon booking for this arrest based upon the information she provided and her fingerprints.

purse and found a pink notebook that contained several pages of names, addresses, phone numbers, credit card numbers, expiration dates, and CVV numbers. There were also several receipts found from various other stores at the Glendale Galleria which showed that MILLAN had returned items previously purchased using $100 bills and that MILLAN had received cash for these returns.

  g. Officer Garcia then advised MILLAN of her <u>Miranda</u> rights, which she said she understood and waived. MILLAN then told Officer Garcia the following:

    i. MILLAN received the counterfeit bills from a friend named Darren, who makes $100 bills. Initially, Darren gave MILLAN merchandise to return to stores in exchange for cash, which they would split. Darren then started giving MILLAN counterfeit $100 bills to use to purchase merchandise, which he would then give to others to return for cash.

    ii. At the time of her arrest, MILLAN had been passing counterfeit $100 bills for about a week. MILLAN also admitted that she bought all of the merchandise in her possession using counterfeit money.

  h. In regards to the credit card information in the pink notebook, MILLAN said that she worked for a company called Celebrity Connected and that part of her job was to take down customer and credit card information to finalize payments for services.

B.  **USS Interview of MILLAN**

8.  From my review of the relevant reports and my conversation with USSS Special Agent Marlayna Breza, I am aware of the following:

   a. On December 18, 2017, USSS Special Agents Moechoe and Breza interviewed MILLAN at the Glendale Police Department at approximately 2:00 pm. Before questioning MILLAN, Special Agent Breza advised MILLAN of her Miranda rights, and MILLAN signed a written waiver. MILLAN made the following statements during the interview:

   b. MILLAN again admitted that she knew the $100 bills she passed were counterfeit.

   c. MILLAN said that she had received a total of ten counterfeit bills two weeks ago from a friend named DARREN LUBRANNO ("LUBRANNO"). MILLAN said LUBRANNO gave her the counterfeit bills for free because he knew she was going through a hard time trying to make ends meet. MILLAN also said that this was not the first time she had received counterfeit bills from LUBRANNO.

   d. MILLAN further said that she had seen LUBRANNO making counterfeit bills in hotel rooms and passing "stacks" of counterfeit money inside white envelopes to various "passers," who would then use them. When asked how much the counterfeit bills normally cost, MILLAN said that the "passers" paid about $30 per bill.

///

///

## IV. CONCLUSION

9. For all the reasons set forth above, I believe that there is probable cause to believe that JENNIFER MILLAN violated Title 18, United States Code, Section 472: Attempting to Pass Counterfeit Obligations or Securities of the United States.

_____
Patrick Fleurestant
Special Agent
United States Secret Service

Subscribed to and sworn before me this 8th day of March, 2018.

_____
HONORABLE ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE